UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

### CASE AND DEADLINE INFORMATION

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?          Yes

                                                                            No

      If no, please indicate which application this represents:          Second

                                                                            Third

                                                                            Other _____

Date of Service of Summons:

Number of days requested:          30 days

                                   15 days

                                   Other _____ days

New Deadline Date:                 *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

      Full Name:

      State Bar No.:

      Firm Name:

      Address:

      Phone:

      Fax:

      Email:

---

A certificate of conference does not need to be filed with this unopposed application.